FILED

08 MAY 23 PM 2:55

**COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

Name __WEAVER_____ __WILLIE_____ _____
         (Last)                          (First)                    (Initial)

Prisoner Number __J-91389_____

Institutional Address __PELICAN BAY STATE PRISON P.O. Box 7000 CRESCENT CITY, CA. 95531.__

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

__WILLIE WEAVER__ )
(Enter the full name of plaintiff in this action.) )
                                              )  Case No. _____ JW
          vs.                                 )  (To be provided by the Clerk of Court)
                                              )
__THIRD WATCH__                               )  **COMPLAINT UNDER THE**
__CORRECTIONAL OFFICER__                      )  **CIVIL RIGHTS ACT,**
__DANIAL ON/05/17/08__                        )  **Title 42 U.S.C § 1983**   **(PR)**
                                              )
                                              )
(Enter the full name of the defendant(s) in this action) )

*[All questions on this complaint form must be answered in order for your action to proceed..]*

I.   Exhaustion of Administrative Remedies.

     [**Note:** You must exhaust your administrative remedies before your claim can go

     forward.  The court will dismiss any unexhausted claims.]

     A.   Place of present confinement _____P.S.U._____

     B.   Is there a grievance procedure in this institution?

               YES (✓)    NO ( )

     C.   Did you present the facts in your complaint for review through the grievance

          procedure?

               YES (✓)    NO ( )

     D.   If your answer is YES, list the appeal number and the date and result of the

          appeal at each level of review.  If you did not pursue a certain level of appeal,

          explain why.

COMPLAINT                          - 1 -

1. Informal appeal _____

2. First formal level _____

3. Second formal level _____

4. Third formal level _____

E. Is the last level to which you appealed the highest level of appeal available to you?

YES ( )    NO (✓)

F. If you did not present your claim for review through the grievance procedure, explain why. __STILL BEING PROCESSED__

II. Parties.

A. Write your name and your present address. Do the same for additional plaintiffs, if any.

__WILLIE WEAVER PELICAN BAY STATE PRISON P.O. BOX 7000 CRESCENT CITY, CA. 95531.__

B. Write the full name of each defendant, his or her official position, and his or her place of employment.

__PELICAN BAY STATE PRISON P.O.__

COMPLAINT                                     - 2 -

1. 7000 CRESCENT CITY, CA. 95531
2. CORRECTIONAL OFFICER DANIAL
3. 
4. 

III.  Statement of Claim.

State here as briefly as possible the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

CORRECTIONAL OFFICER DANIAL REFUSED TO STOP HARRASSING PLAINTIFF ON 05/17/08 SAT, PUT ON HAND CUFF, THAT CUT INTO PLAINTIFF ARMS, THERE WAS MEDICAL ATTENTION, PLAINTIFF HAVE HAD PROBLEMS FROM THIS CORRECTIONAL OFFICER DANIAL OF HARRASSMENTS CORRECTIONAL OFFICER THE DEFENDANT SHOWED DELIBERATE INDIFFERENCE UNDER THE EIGHT AMENDMENT THAT CONSTITUTE CRUEL UNUSUAL PUNISHMENT

IV.  Relief.

Your complaint cannot go forward unless you request specific relief. State briefly exactly what you want the court to do for you. Make no legal arguments; cite no cases or statutes.

LIABILITY DAMAGES: 50.000 FIFTY THOUSAND DOLLARS DUE TO: HARRASSMENT'S, CONSPRIRACY'S

COMPLAINT                                -3-

U.S. CONSTITUTION VIOLATION,
PUNITIVE DAMAGES: 50,000 FIFTY
THOUSAND DOLLARS DUE TO: MENTAL
ANGUISH, STRESS DISORDER

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __05__ day of __17__, 20__08__

_____Willie Weaver_____
(Plaintiff's signature)

COMPLAINT - 4 -



WILLIE WEAVER
J-91389 B-2-210
PELICAN BAY STATE
PRISON P.O. BOX 7000
CRESCENT CITY CA. 95531

CONFIDENTIAL
LEGAL MAIL